IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13–cv–02968–RM

PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,

    Plaintiff,

v.

CENTURION CYCLING, LLC, a Colorado limited liability company,
CENTURION CYCLING, INC., a Canadian corporation incorporated in the Province of Ontario, and
CENTURION CYCLING CANADA, INC., a Canadian corporation incorporated in the Province of Ontario,

    Defendants.

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court on United States Magistrate Judge Kristen L. Mix's recommendation that this matter be administratively closed pursuant to D.C.COLO.LCivR 41.2 subject to reopening for good cause. On May 27, 2014, Judge Mix filed an Order and Recommendation staying this matter until ruling by this Court upon joint motion for a stay filed by the parties, and also recommended administrative closure. (ECF No. 27.)

Plaintiff is an insurance company defending Defendants in a separate underlying action. The underlying action was initiated by Tracy Ann Dort Kyne and her three children in July of 2013 against Defendants seeking damages for injuries she sustained in a bicycling accident. Ms. Kyne passed away in December of 2013, and as a result, it is unclear "whether that case will proceed at all" and the parties sought an order staying the case for six months. (ECF No. 27 at 2) Judge Mix granted the stay and issued a recommendation that this Court administratively close

the case; she included an advisement giving the parties 14 days to object to her recommendation. (ECF No. 27 at 4-5.) Since the Order and Recommendation was filed in May of 2014, no parties have objected or otherwise made any filings in this matter. To avoid the burden on counsel of filing periodic status reports, and the burden on the Court in monitoring this dormant action, the Court finds that administrative closure is appropriate. Accordingly, the Court ORDERS that the above-captioned action is ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2. The parties are GRANTED leave to move to reopen the case upon a showing of good cause.

DATED this 16th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge